FLORENCE GREENBERG, PETITIONER-PETITIONER, v. PICKLE PRODUCTS CO., INC., RESPONDENT-RESPONDENT.

*Messrs. Stavis, Richardson, Koenigsberg & Rossmore* for the petitioner.

*Mr. John W. Taylor* and *Mr. Everitt Rhinehart* for the respondent.

December 13, 1966. Granted.

BOROUGH OF KEANSBURG, *ET AL.*, PLAINTIFFS-PETITIONERS, v. CENTRAL RAILROAD COMPANY OF NEW JERSEY, *ET ALS.*, DEFENDANTS-RESPONDENTS.

*Messrs. Reussille, Cornwell, Mausner, Carotenuto & McGann* for the petitioners.

*Messrs. Meyner & Wiley, Mr. G. Douglas Hofe, Jr., Mr. Dominick R. Vetri, Mr. Arthur B. Sills* and *Mr. David A. Biederman* for the respondents.

December 13, 1966. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JAMES ATHORNE, JR., DEFENDANT-PETITIONER.

See same case below: 92 *N. J. Super.* 326.

*Messrs. Friedman & D'Allessandro* for the petitioner.

*Mr. Brendan T. Byrne* and *Mr. Joel Sondak* for the respondent.

December 13, 1966. Denied.